S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS SUCCESSOR
BY MERGER TO CHASE HOME FINANCE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANNIE OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, a Delaware limited liability company; DOES 1 through 25, inclusive,<br><br>    Defendant. | **CASE NO.: 10-cv-01821-DMG-E(x)**<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [42]** |

Based on the parties' Stipulation for Voluntary Dismissal with Prejudice, and good cause appearing, the Court hereby orders the above-captioned action, in its entirety, dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: June 5, 2012

_____
DOLLY M. GEE
United States District Judge

---

[~~PROPOSED~~] ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
3199318.1 -- AL109.1546